

# NUMBER 13-23-00063-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE STATE FARM LLOYDS

**On Petition for Writ of Mandamus.**

# ORDER

**Before Justices Benavides, Tijerina, and Peña**
**Order Per Curiam**

On February 14, 2023, relator State Farm Lloyds filed a petition for writ of mandamus seeking to compel the trial court to: (1) vacate its order appointing attorney Jorge Ortegon as umpire, and (2) render a new order appointing a "qualified umpire under the terms of the [insurance policy's] appraisal provision." Relator also filed a motion for temporary relief through which it requests that we grant a temporary stay of the trial court's order appointing Ortegon as umpire.

The Court, having examined and fully considered the motion for temporary relief,

is of the opinion that it should be granted. Accordingly, we grant the relator's motion for temporary relief, and we order the trial court's January 10, 2023 order appointing Ortegon as umpire to be stayed pending the resolution of this original proceeding or further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

We request the real party in interest, Mario Quintanilla, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
15th day of February, 2023.